■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MICHAEL SENTER, Admitted on May 4, 1987, at a Term of the Appellate Division, First Department. STEVEN TENENBAUM, Admitted in 1980, at a Term of the Appellate Division, Second Department. [713 NYS2d 282] —Motions granted and respondents reinstated as attorneys and counselors-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 257 AD2d 127.]